# Exhibit A

**\*\*\*TIME-SENSITIVE, COURT AUTHORIZED NOTICE\*\*\***

**\*\*\*THIS IS NOT AN ADVERTISEMENT FROM A LAWYER\*\*\***

*Sears v. WellNow Urgent Care, P.C.*, **Case No. 1:23-cv-03544**
**In the United States District Court for the Northern District of Illinois**

**NOTICE OF LAWSUIT FOR UNPAID OVERTIME WAGES**

TO:   All current and former hourly-paid, non-exempt patient care workers who worked for WellNow Urgent Care, who either (1) received an automatic meal period deduction and/or (2) were subject to time-rounding at any time from July 17, 2021 through the present.

RE:   Collective action lawsuit seeking unpaid overtime, back wages, and other damages.

**DEADLINE TO RETURN CONSENT FORM: «60 days from mailing»**

| 1. | **Why Are You Getting This Notice?** |

This Notice informs you of the existence of a collective action lawsuit seeking alleged unpaid overtime wages on behalf of all current and former hourly-paid, non-exempt patient care workers during the period of June 6, 2020 to the present who worked for WellNow Urgent Care P.C. ("WellNow") and were either subject to WellNow's policy of automatically deducting 30 minutes from recorded work time to account for an unpaid meal period, and/or were subject to WellNow's policy of rounding their work time to the nearest 15-minute increment.

**Based on WellNow's records, it has been determined that you are eligible to receive this notice and that you have a right to participate in the lawsuit if you so choose. If you wish to participate, you must sign and complete the "Consent Form" enclosed with this Notice and postmark, email, fax, or e-sign the "Consent Form" by «60 days from mailing».**

| 2. | **Description of the Lawsuit** |

On June 6, 2023, the Plaintiff in this case filed a lawsuit against WellNow under the federal overtime law called the Fair Labor Standards Act ("FLSA"). The lawsuit is proceeding in the United States District Court for the Northern District of Illinois, located in Chicago, Illinois.

The lawsuit alleges that WellNow violated the FLSA by failing to pay all overtime wages to hourly-paid employees with direct patient care responsibilities by either (1) deducting 30 minutes from these workers' recorded work time to account for unpaid meal periods, which the Plaintiff alleges were required to be on-duty, and/or (2) by rounding employees' recorded work time to the nearest 15-minute increment in a way that benefits WellNow more often than it benefits the employees. The lawsuit seeks the recovery of unpaid overtime wages, double damages, attorneys' fees, and costs of the lawsuit.

WellNow denies the allegations, denies that it violated any wage-and-hour laws, denies that these unpaid breaks and/or rounded work time is compensable under the law, and maintains that it paid its employees in compliance with all wage-and-hour laws.

The lawsuit is in its early stages. The Court has not decided who is right or who is wrong, and has not ruled which party will ultimately prevail in this Lawsuit. The Court has ordered that this notice be sent to you to inform you of your legal rights and ability to make a claim for unpaid overtime wages. By returning a Consent Form, you can make a claim to recover damages under federal law during the time period «**3 years prior to date of certification**» to the present.

However, making a claim to recover damages <u>does not</u> guarantee you will actually receive any damages.

### 3. What Are Your Options?

If you want to join this Lawsuit and make a claim for unpaid overtime wages, you must read, sign, and return the attached Consent Form by **«60 days from date of mailing»**. You may return your signed Consent Form online at **«Hyperlink»**, or by filling out the attached form and returning it by mail, email, or fax to:

**Overtime Lawsuit Against WellNow (Sears)**
**JOSEPHSON DUNLAP, LLP**
**11 Greenway Plaza, Suite 3050**
**Houston, Texas 77046**
**Telephone: (713) 352-1100 · Fax: (713) 352-3300**
**E-mail:** info@mybackwages.com

You may also contact an attorney of your choice.

### 4. Effect of Making a Claim For Unpaid Overtime Wages.

If you choose to join this lawsuit by returning a signed Consent Form, you will be bound by the judgment, whether it is favorable or unfavorable. You also have the option to retain an attorney of your own choice. You will also be bound by, and will share in, any settlement that may be reached on behalf of the employees who have filed or opted-in to this lawsuit.

If you choose to join this lawsuit, you will be represented by the attorneys currently representing the Plaintiff, unless you retain your own attorney at your expense. If you join the lawsuit and elect to be represented by Plaintiff's Counsel, you will not be required to pay attorneys' fees or expenses because the firm has agreed to front all costs of litigation. If the lawsuit is successful, Plaintiff's Counsel may be paid either by WellNow, or if a settlement is reached prior to judgment, Plaintiff's Counsel may receive a percentage of any money judgment or settlement in your favor, the amount of which will be approved by the Court. If you return the attached Consent Form, you should be aware that important decisions concerning the prosecution of this case may be made on your behalf.

If you decide to join this lawsuit, you may be selected to answer written questions under oath, provide documents relating to your claim if you have any, answer questions verbally under oath at a videotaped deposition, and/or testify at a hearing or trial in Chicago, Illinois. This may or may not be likely

depending on your circumstances. You may withdraw your consent to join this case voluntarily at a later time, if you choose to do so.

**Because the FLSA only allows workers to recover up to the past three years of back wages, eligible workers, who wish to be part of the collective action lawsuit, who do not return a Consent Form may lose their rights to recover overtime for work performed in the past for WellNow unless bringing a new, separate case.**

| 5. | Retaliation and Blackballing Is Prohibited |

The law prohibits WellNow from retaliating against you because you join this case. WellNow abides by all laws relating to its non-discriminatory and non-retaliatory practices. WellNow and its attorneys have agreed that WellNow will not discriminate or treat anyone differently if they decide to participate in this lawsuit.

| 6. | Your Legal Representation If You Join. |

If you choose to join this lawsuit, your attorneys will be the law firms of JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, ANDERSON ALEXANDER PLLC, and WERMAN SALAS P.C. Their contact information is listed below.

| 7. | Are You Eligible to Join this Lawsuit? |

You are eligible to join this collective action lawsuit if:

(1) You were employed by WellNow at any time since July 17, 2021 through the present;

(2) You were paid on an hourly rate basis and were classified as non-exempt from overtime;

(3) You have direct patient care job duties and responsibilities (such as RNs, LPNs, LVNs, CNAs, and/or technicians with similar direct patient care job duties); and

(4) You were subject either to (i) WellNow's policy of automatically deducting 30 minutes from recorded work time to account for an unpaid meal period; AND/OR (ii) you were subject to WellNow's policy of rounding recorded work time to the nearest 15-minute increment.

If you do not fit into either of the criteria described above, you are not eligible to join this lawsuit. If you have a question about whether you fit into this criteria, please contact Plaintiff's Counsel for additional information.

| 8. | How Can You Receive More Information? |

If you have any questions about the collective action or your legal rights, you should contact counsel for the class of WellNow employees directly at:

| | |
|---|---|
| Michael A. Josephson | Richard J. (Rex) Burch |
| Andrew W. Dunlap | **BRUCKNER BURCH PLLC** |
| William M. Hogg | 11 Greenway Plaza, Ste. 3025 |

-3-

**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Phone: 713.352.1100
Fax: 713.352.3300
E-mail: info@mybackwages.com

William C. (Clif) Alexander
Austin W. Anderson
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Ste. 610
Corpus Christi, Texas 78401
Phone: 361.452.1279
Fax: 361.452.1284

Houston, Texas 77046
Phone: 713.877.8788
Fax: 713.877.8065
Email: frontdesk@brucknerburch.com

Douglas Werman
Maureen Salas
**WERMAN SALAS P.C.**
77 W. Washington St., Ste. 1402
Chicago, IL 60602
Phone: 312.419.1008

If you decide to join this case, you should not contact the defendant's lawyer but instead rely on your counsel to do so. Any information you provide WellNow or its attorneys may be used against you or the other workers who decide to join this case.

You should <u>not</u> contact the Court to discuss this matter.

| **9.** | **You Have Sixty (60) Days to Join this Lawsuit.** |

Your determination of whether to take action should be made promptly. Because the law only allows a putative collective action member to recover up to three (3) years of back wages from the date the Consent Form is filed, time is of the essence in submitting this form if you wish to have the opportunity to make a full recovery. All consent forms must be received no later than **«60 days from date of mailing»,** which is sixty (60) days after this Notice was mailed to you. A Consent Form is enclosed with a self-addressed stamped envelope.

**This Notice has been authorized by the United States District Court for the Northern District of Illinois.**

**CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST WELLNOW**
**Deadline to Return Signed Form: «60 days from mailing»**

Printed Name: _____

1. I hereby consent to join the collective action lawsuit filed against WellNow, styled as *Stacey Sears, et al. v. WellNow Urgent Care, P.C.*, Case No. 1:23-CV-03544 (N.D. Ill. Jun. 6, 2023), to pursue my claims of unpaid overtime during the time that I worked with WellNow.

2. By signing below, I affirm that I am similarly situated to the Named Plaintiff in this matter because (a) I performed similar direct patient care duties, (b) I was classified as non-exempt from overtime, (c) I was subject either to WellNow's automatic meal break deduction policy and/or I was subject to WellNow's time-rounding policy, and (e) I worked for WellNow within the three (3) years preceding the date of my signature.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

4. I designate the law firms and attorneys at JOSEPHSON DUNLAP LLP, BRUCKNER BURCH PLLC, ANDERSON ALEXANDER PLLC, and WERMAN SALAS P.C. as my attorneys to prosecute my wage claims.

5. I consent to having Plaintiff Stacey Sears and Plaintiff's Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to the lawsuit.

6. In the event the collective action is decertified, I authorize Plaintiff's lawyers to use this consent to re-file my claim in a separate proceeding against WellNow.

Signature: _____   Date Signed: _____

**Please print or type the following information, which will be kept confidential:**

_____
Full Name

_____                    _____
Address                                                               City/State/Zip

_____                    _____
Home Telephone Number                                 Cell Phone Number

_____                    _____
E-mail Address                                                     Estimated Dates of Employment

_____                    _____
Position(s) Held with WellNow                         Location(s) Worked for WellNow


**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**<u>Overtime Lawsuit Against WellNow (Sears)</u>**
**JOSEPHSON DUNLAP, LLP**
**11 Greenway Plaza, Suite 3050**
**Houston, Texas 77046**
**Telephone: 713.352.1100 · Fax: 713.352.3300**
**E-mail: info@mybackwages.com**

**PROPOSED EMAIL TO POTENTIAL OPT-IN PLAINTIFFS**

> **Subject:** Notice of unpaid overtime collective action lawsuit against WellNow
>
> Dear WellNow patient care worker:
>
> Attached is the Court-authorized Notice regarding a collective action lawsuit against WellNow alleging you were not paid all overtime wages owed as a result of WellNow's 30-minute meal break deduction policy and/or WellNow's time-rounding practice, as required by the Fair Labor Standards Act. You are receiving this e-mail because WellNow's records indicate that you are a current or former hourly-paid employee with direct patient care job duties, were subject to WellNow's automatic meal deduction and/or time-rounding practices, and are therefore eligible to participate in this collective action lawsuit if you so choose. The attached Notice explains how your rights may be affected and the steps you need to take if you want to join, as well as your potential obligations to participate in written discovery, depositions, court hearings, and trial. You can review and sign the forms to join the case <u>here</u> «hyperlink».
>
> If you have any questions, please feel free to contact me at «phone» or by e-mail at «email».
> «Signature Block»